IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

ELAINE N. TOLAND,                    )
                                     )
                    Plaintiff,       )
                                     )
v.                                   )     Case No.     05-2409-JWL and
                                     )                  06-2068-JWL
                                     )
JOHN E. POTTER,                      )
POSTMASTER GENERAL                   )
UNITED STATES POSTAL SERVICE,        )
                                     )
                    Defendant.       )

## MEDIATION ORDER

The court, having reviewed the parties' confidential statements of settlement efforts submitted in this case, finds that settlement is not likely to be enhanced by the use of mediation at this time. Accordingly, the parties are relieved of the obligation to engage in mediation until further order.

**IT IS SO ORDERED.**

Dated this 20th  day of October, 2006, at Topeka, Kansas.


                              s/ K. Gary Sebelius
                              K. Gary Sebelius
                              U.S. Magistrate Judge